IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA VALENCIA DE GOMEZ, | CASE NO. CV-F-07-1094- LJO-DLB |
| Plaintiff, | **ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al, | |
| Defendants. | |

Defendants moved for leave to appear telephonically to the November 20, 2007 hearing on Defendants' motion to dismiss. Telephonic appearances before Judge O'Neill are encouraged as a way to keep costs of litigation affordable. On the basis of good cause this Court orders:

1. Defendants' motion to appear by telephone to the November 20, 2007 is granted; and
2. The parties may appear at hearings by telephone by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   November 6, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1