1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RITA VALENCIA DE GOMEZ, | CASE NO. CV-F-07-1094- LJO-DLB |
| Plaintiff, | **ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al, | |
| Defendants. / | |

On November 11, 1007, the Court granted Defendants' motion for leave to appear telephonically to the November 20, 2007 hearing. In that order, the Court encouraged telephonic appearances and ordered that all parties may appear at hearings by telephone. Thereafter, Plaintiff moved for leave to appear telephonically to the November 20, 2007 hearing. The Court now orders:

**Henceforth, all parties may appear at hearings (present and future) by telephone by arranging a one-line conference call and telephoning the Court at (559) 499-5680.**

IT IS SO ORDERED.

**Dated:   November 13, 2007**            /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE