McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (202) 514-0179

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RITA VALENCIA DE GOMEZ, | ) | CV F 07-1094-LJO-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT STIPULATION OF DISMISSAL AND ORDER |
| v. | ) | |
| | ) | |
| Michael Chertoff, Secretary, Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is an immigration case in which plaintiff alleged that defendants had delayed in the adjudication of plaintiff's application for adjustment of status. On November 20, 2007, defendants granted plaintiff's application. Accordingly, and in lieu of defendants' motion to dismiss, the parties stipulate to the dismissal of these proceeding.

                                          Respectfully submitted,

Dated: November 29, 2007       /s/ Ada E. Bosque
                                          Ada E. Bosque
                                          Department of Justice

                                          /s/ Jeremy M. Clason
                                          JEREMY CLASON
Dated: November 28, 2007      Plaintiff's Counsel

**ORDER**

For the reasons set forth in the Joint Stipulation, IT IS HEREBY ORDERED that the case is dismissed.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:     November 29, 2007**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE